Lisa McMahon-Myhran
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, WA 98104
Phone: (206) 676-9640
Facsimile: (206) 676-9659

Attorneys for Defendant Fremont Reorganizing Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| JUSTIN JAMES and NICOLE JAMES, | |
|---|---|
| Plaintiffs, | Case No. 3:08-CV-397-BR |
| vs. | |
| FREMONT INVESTMENT & LOAN, a California Corporation; BRIDGE CAPITAL CORPORATION, a California Corporation, | FREMONT REORGANIZING CORPORATION'S DISCLOSURE STATEMENT |
| Defendants. | |

COMES NOW Fremont Reorganizing Corporation, Defendant, and submits the following Corporate Disclosure Statement pursuant to FRCP 7.1:

Fremont Reorganizing Corporation, formerly known as Fremont Investment & Loan, is a subsidiary of Fremont General Corporation, a Nevada corporation.

DATED this 24th day of September, 2008.

/s/ Lisa McMahon Myhran
Lisa McMahon-Myhran, OSB #00084
ROBINSON TAIT, P.S.
Attorneys for Defendant Fremont
Reorganizing Corporation

FREMONT REORGANIZING
CORPORATION DISCLOSURE STATEMENT - 1
60176-0055-JUD-2

*Law Offices*
ROBINSON TAIT
*A Professional Service Corporation*
710 Second Avenue, Suite 710, Seattle, Washington 98104
Telephone (206) 676-9640, Facsimile (206) 676-9659