Hope A. Del Carlo, OSB No. 00241
Oregon Law Center
921 SW Washington St., Suite 516
Portland, OR 97205
Telephone: 503/473-8319
Facsimile: 503/295-0676
hdelcarlo@oregonlawcenter.org

Mark E. Griffin, OSB No. 76152
R. Bradley Griffin, OSB No. 07239
Griffin & McCandlish
215 SW Washington St., Suite 202
Portland, OR 97202
mark@markgriffin.com
Telephone: (503) 224-2348
Facsimile:  (503) 224-3634

Attorneys for Plaintiffs Justin James and Nicole James

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JUSTIN JAMES and NICOLE JAMES;<br><br>        Plaintiffs,<br><br>    v.<br><br>FREMONT REORGANIZING COMPANY, fka FREMONT INVESTMENT & LOAN COMPANY, a California corporation; BRIDGE CAPITAL CORPORATION, a California corporation; HSBC BANK USA, NA, a national banking association,<br><br>        Defendants. | Case No. CV-08-0397-BR<br><br>DECLARATION OF HOPE DEL CARLO IN SUPPORT OF PLAINTIFFS' MOTION TO EXTEND DISCOVERY AND RELATED DEADLINES |

I, Hope A. Del Carlo, hereby declare as follows:

    1.  I am one of the attorneys for the plaintiffs in this case.  I have personal knowledge of the facts set forth in this Declaration.

Page 1 -    DECLARATION OF HOPE DEL CARLO IN SUPPORT OF PLAINTIFFS'
               MOTION TO EXTEND DISCOVERY AND RELATED DEADLINES

2. Plaintiffs have moved the Court for an order extending all case management and discovery deadlines by 120 days.

3. This is the first written request filed by any party to this case since the Court's initial Case Management Order was issued (although the court has previously extended case management deadlines as a result of consultation with counsel in prior scheduling conferences.) The parties have served and responded to document discovery requests, have served a document subpoena upon the holder of the plaintiffs' loans, and have conducted the corporate representative deposition of Fremont, which was held on March 5, 2009.

4. During the corporate representative deposition, a discovery dispute arose regarding materials reviewed by the deponent prior to giving testimony in this case. The transcript of that deposition has not yet been prepared and delivered to plaintiffs, and may be necessary should plaintiffs need to file a motion to compel the disputed material.

5. The discovery conducted so far has yielded sufficient information to support a Truth in Lending Act claim against HSBC, the current holder of the plaintiffs' loans. Plaintiffs today filed their amended complaint to add HSBC as a defendant, for which there was not sufficient evidentiary support prior to conducting discovery.

6. Plaintiffs request this extension for two reasons: first, so that discovery may be conducted as to the new defendant, HSBC; second, to have time to obtain the transcript of Fremont's corporate representative deposition and further negotiate with Fremont's counsel prior to filing a motion to compel the disputed discovery.

///
///
///
///
///

Page 2 -    DECLARATION OF HOPE DEL CARLO IN SUPPORT OF PLAINTIFFS'
            MOTION TO EXTEND DISCOVERY AND RELATED DEADLINES

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

_____

DATED this 13th day of March, 2009.

Respectfully submitted,

OREGON LAW CENTER

By: */s/ Hope A. Del Carlo*
   Hope A. Del Carlo, OSB No. 00241
   921 SW Washington St., Suite 516
   Portland, OR 97205
   Telephone: 503/473-8319
   Facsimile: 503/295-0676
   hdelcarlo@oregonlawcenter.org

GRIFFIN AND McCANDLISH
   Mark E. Griffin, OSB No. 76152
   R. Bradley Griffin, OSB No. 07239
   Griffin & McCandlish
   215 SW Washington St, Suite 202
   Portland, OR 97202
   mark@markgriffin.com
   Telephone: (503) 224-2348
   Facsimile:  (503) 224-3634

Of Attorneys for Plaintiffs

Page 3 -   DECLARATION OF HOPE DEL CARLO IN SUPPORT OF PLAINTIFFS' MOTION TO EXTEND DISCOVERY AND RELATED DEADLINES