1   Lisa McMahon-Myhran
2   Robinson Tait, P.S.
    710 Second Avenue, Suite 710
3   Seattle, WA  98104
    Phone: (206) 676-9640
4   Facsimile: (206) 676-9659

5   Attorneys for Defendant Fremont Reorganizing Company

6

7

8               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF OREGON
9

10  JUSTIN JAMES and NICOLE JAMES,

11           Plaintiffs,                    Case No.  3:08-CV-397-BR

12       vs.

13  FREMONT REORGANIZING COMPANY, fka       FREMONT REORGAINIZING
14  FREMONT INVESTMENT & LOAN               COMPANY'S ANSWER AND
    COMPANY, a California Corporation; BRIDGE   AFFIRMATIVE DEFENSES TO THE FIRST
15  CAPITAL CORPORATION, a California       AMENDED COMPLAINT
    Corporation, HSBC BANK USA, NA, a national
16  banking association

17
            Defendants.
18

19      COMES NOW Fremont Reorganizing Company ("Fremont"), Defendant, in answer to

20  Plaintiffs' amended complaint, admits, denies and alleges as follows:

21      1.1    Fremont is without knowledge or information sufficient to form a belief as to the
22
    truth of the allegations of  paragraph 1 of Plaintiffs' Amended Complaint and therefore denies
23
24  those allegations.

25      1.2    Answering paragraph 3, Fremont admits that this court has jurisdiction.

26      1.3    Fremont admits that the Jameses are natural persons who own real property
27

28  FREMONT REORGANIZING COMPANY'S
    ANSWER AND AFFIRMATIVE DEFENSES
    TO PLAINTIFFS' FIRST AMENDED COMPLAINT - 1
    60176-0055-JUD-2

1  located at 4063 43rd St. NE, Neotsu, OR and 2125 NE 21st, Lincoln City, OR.  Fremont is

2  without knowledge or information sufficient to form a belief as to the truth of the remainder of

3
4  the allegations of paragraph 3 of Plaintiffs' Amended Complaint and therefore denies those

5  allegations.

6       1.4    Answering paragraph 4, Fremont admits the same.

7       1.5    Fremont admits that Defendant Bridge Capital Corporation is a corporation that

8
9  was licensed as an Oregon mortgage broker or banker.  Fremont is without knowledge or

10  information sufficient to form a belief as to the truth of the remainder of the allegations of

11  paragraph 5 of Plaintiffs' Amended Complaint and therefore denies those allegations.

12      1.6    Answering paragraph 6 of Plaintiffs' Amended Complaint, Fremont is without

13
14  knowledge or information sufficient to form a belief as to the truth of the allegations, and

15  therefore denies those allegations.

16      1.7    Answering paragraph 7 of plaintiffs' Amended complaint, Fremont admits that it

17  is a creditor under TILA and Regulation Z.  Fremont denies the remainder of any other

18  allegations contained in paragraph 7 of the Amended Complaint.

19
20      1.8    Answering paragraph 8 of plaintiffs' Amended complaint, Fremont denies the

21  same.

22      1.9    No answer is required from Fremont as to paragraph 9 of plaintiff's Amended

23  complaint.  To the extent that any answer is required, Fremont denies any factual allegations as

24  to Fremont contained in paragraph 9 of Plaintiffs' Amended Complaint.

25
26      1.10   Fremont is without knowledge or information sufficient to form a belief as to the

27
28

FREMONT REORGANIZING COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' FIRST AMENDED COMPLAINT - 2
60176-0055-JUD-2

*Law Offices*
ROBINSON TAIT, P.S.
*A Professional Service Corporation*

**710 Second Avenue, Suite 710, Seattle, Washington 98104**
**Telephone (206) 676-9640, Facsimile (206) 676-9659**

1   truth of the allegations of  paragraph 10 of Plaintiffs' Amended Complaint and therefore denies

2   those allegations.

3
    1.11    Fremont is without knowledge or information sufficient to form a belief as to the
4
    truth of the allegations of paragraph 11 of Plaintiffs' Amended Complaint and therefore denies
5
6   those allegations.

7
    1.12    Fremont is without knowledge or information sufficient to form a belief as to the
8
    truth of the allegations of paragraph 12 of Plaintiffs' Amended Complaint and therefore denies
9
10  those allegations.

11      1.13    Fremont is without knowledge or information sufficient to form a belief as to the

12  truth of the allegations of paragraph 13 of Plaintiffs' Amended Complaint, and therefore denies

13  those allegations.
14
        1.14    Fremont admits only that loan applications were received by Fremont prior to the
15
    loans' closing.  Fremont is without knowledge or information sufficient to form a belief as to the
16
17  truth of the remainder of the allegations of paragraph 14 of Plaintiffs' Amended Complaint, and

18  therefore denies those allegations.
19
        1.15    Answering paragraph 15 of Plaintiffs' Amended Complaint, Fremont admits only
20
21  that Bridge was the mortgage broker on these loans.  Fremont denies the remainder of the factual

22  allegations contained in paragraph 15.

23
        1.16    Answering paragraph 16 of Plaintiffs' Amended Complaint, Fremont admits that
24
    it set its own approval conditions for plaintiffs' loans, participated in underwriting them and
25
26  reviewed plaintiffs' loan applications.  Fremont denies the remainder of any other factual

27  allegations contained in paragraph 16.

28
    FREMONT REORGANIZING COMPANY'S
    ANSWER AND AFFIRMATIVE DEFENSES
    TO PLAINTIFFS' FIRST AMENDED COMPLAINT - 3
    60176-0055-JUD-2

*Law Offices*
ROBINSON TAIT, P.S.
*A Professional Service Corporation*

**710 Second Avenue, Suite 710, Seattle, Washington 98104**
**Telephone (206) 676-9640, Facsimile (206) 676-9659**

1      1.17    Answering paragraph 17 of plaintiffs' Amended Complaint, Fremont admits the

2   same.

3
        1.18    Answering paragraph 18 of plaintiffs' Amended complaint, Fremont repeats and
4
5   incorporates by its answers in all preceding paragraphs as though fully set forth herein.

6      1.19    Answering the entirety of paragraph 19, including paragraphs 19A through 19D

7   of plaintiff's Amended complaint, Fremont denies the same.

8
        1.20    Fremont is without knowledge or information sufficient to form a belief as to the
9
10  truth of the allegations of paragraph 20, including paragraphs 20A and 20B, of Plaintiffs'

11  Amended Complaint, and therefore denies those allegations.

12     1.21    Answering paragraph 21 of plaintiff's Amended complaint, Fremont denies the

13  same.
14
        1.22    Answering the entirety of paragraph 22 of Plaintiffs' Amended Complaint,
15
16  including paragraphs 22A through 22D, Fremont denies the same.

17     1.23    Answering paragraph 23 of plaintiffs' Amended Complaint, Fremont denies the

18  same.
19
        1.24    Answering paragraph 24 of plaintiffs' Amended Complaint, Fremont denies the
20
21  same.

22     1.25    Answering paragraph 25 of plaintiffs' Amended complaint, Fremont repeats and

23  incorporates its answers in all preceding paragraphs as though fully set forth herein.

24
        1.26    No answer is required to paragraph 26 of Plaintiffs' Amended complaint as these
25
26  allegations are against Defendant Bridge only.

27

28
    FREMONT REORGANIZING COMPANY'S
    ANSWER AND AFFIRMATIVE DEFENSES
    TO PLAINTIFFS' FIRST AMENDED COMPLAINT - 4
    60176-0055-JUD-2

*Law Offices*
ROBINSON TAIT, P.S.
*A Professional Service Corporation*
**710 Second Avenue, Suite 710, Seattle, Washington 98104**
**Telephone (206) 676-9640, Facsimile (206) 676-9659**

1    1.27    Fremont denies that Plaintiffs are entitled to the relief requested in paragraph 27

2    of Plaintiffs' Amended Complaint.

3    1.28    Answering paragraph 28 of plaintiffs' Amended Complaint, Fremont repeats and

4

5    incorporates its answers in all preceding paragraphs as though fully set forth herein.

6    1.29    Answering paragraph 29 of plaintiffs' Amended complaint, Fremont admits the

7    same.

8    1.30    Answering paragraph 30 of plaintiffs' Amended complaint, Fremont denies the

9

10    same.

11    1.31    Answering paragraph 31 of plaintiffs' Amended Complaint, Fremont admits that

12    plaintiffs sent Fremont a letter dated February 26, 2008 and that the letter speaks for itself.

13    Fremont denies the remainder of the allegations in paragraph 31 of Plaintiffs' Amended

14    Complaint, for lack of knowledge.

15

16    1.32    Fremont denies that Plaintiffs are entitled to the relief requested in paragraph 32,

17    including paragraphs 32A through 32 C of Plaintiffs' Amended Complaint.

18    1.33    Fremont denies the Plaintiffs' prayers for relief in their entirety.

19

20

21    AFFIRMATIVE DEFENSES

22    FURTHER ANSWERING and by way of affirmative defense, Fremont alleges as

23    follows:

24    2.1    The Complaint fails to state a claim upon which relief can be granted.

25

26    2.2    Plaintiffs' claims are barred by the doctrine of estoppel.

27    2.3    Plaintiffs' claims are barred by the doctrine of waiver.

28    FREMONT REORGANIZING COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' FIRST AMENDED COMPLAINT - 5
60176-0055-JUD-2

*Law Offices*
ROBINSON TAIT, P.S.
*A Professional Service Corporation*
**710 Second Avenue, Suite 710, Seattle, Washington 98104**
**Telephone (206) 676-9640, Facsimile (206) 676-9659**

2.4    Plaintiffs' claims are barred by the doctrine of voluntary payment.

2.5    Plaintiffs' damages, if any, are the result of plaintiffs' own acts or omissions in failing to take reasonable steps to protect their own interests.

2.6    That Plaintiffs have failed to mitigate their damages, if any.

2.7    That Plaintiffs' damages, if any, were caused by the acts or omissions of parties other than Fremont and Fremont places the liability of those parties at issue for the purposes of determining comparative fault.

The above defenses and affirmatives defenses are based on the facts currently known to Fremont.  Fremont reserves the right to amend or add defenses or affirmative defenses based on facts later discovered, pled or offered.

COUNTERCLAIM

FURTHER ANSWERING and by way of counter claim, Fremont alleges as follows:

3.1    That the notes and deed of trusts in question provide for reimbursement of attorneys fees and costs incurred in defending Fremont's rights in the property foreclosed.

3.2    That Fremont should be reimbursed their attorneys fees and costs incurred in defense of this case.

RESERVATION OF COUNTERCLAIMS/CROSS-CLAIMS<br>AND THIRD-PARTY CLAIMS

4.1    Defendant Fremont Reorganizing Company hereby reserves the right to bring any additional counterclaims, cross-claims, and/or third-party claims against any party hereto.

PRAYER FOR RELIEF

WHEREFORE, having fully answered plaintiff's complaint the Fremont prays for relief as follows:

FREMONT REORGANIZING COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' FIRST AMENDED COMPLAINT - 6
60176-0055-JUD-2

*Law Offices*
ROBINSON TAIT, P.S.
*A Professional Service Corporation*

710 Second Avenue, Suite 710, Seattle, Washington 98104
Telephone (206) 676-9640, Facsimile (206) 676-9659

1    5.1    That Plaintiffs' complaint be dismissed with prejudice;

2    5.2    That Fremont be awarded reimbursement of its attorneys fees and costs incurred in

3

this case;

4

5    5.3    That the court grant such other and further relief as the court may deem just.

6    DATED this 13th day of April, 2009.

7

8    /s/ Lisa McMahon-Myhran
     Lisa McMahon-Myhran, OSB #00084
9    ROBINSON TAIT, P.S.
     Attorneys for Defendant Fremont Reorganizing Company
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
FREMONT REORGANIZING COMPANY'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' FIRST AMENDED COMPLAINT - 7
60176-0055-JUD-2

*Law Offices*
R OBINSON  T AIT , P.S.
*A Professional Service Corporation*

**710 Second Avenue, Suite 710, Seattle, Washington 98104**
**Telephone (206) 676-9640, Facsimile (206) 676-9659**

1

CERTIFICATE OF SERVICE

2

3        I HEREBY CERTIFY THAT ON April 13, 2009, I served a true and correct copy of the

4    attached DEFENDANT FREMONT REORGANIZING COMPANY'S ANSWER AND

5    AFFIRMATIVE DEFENSES TO THE FIRST AMENDED COMPLAINT, by MAIL to the

6    attorneys whose address appears below:

7

8                                    Hope A. Del Carlo
                                   921 SW Washington, Suite 516
9                                    Portland, OR  97205

10                                   Mark E. Griffin
                                   R. Bradley Griffin
11                                   Griffin & McCandlish
                                   215 SW Washington St., Suite 202
12                                   Portland, OR  97202

13
                                   Of Attorneys for Plaintiffs
14

15

16

17

18                                        Dated this 13th day of April, 2009

19
                                                By:/s/ Lisa McMahon-Myhran
20                                                  Lisa McMahon-Myhran
                                                    Robinson Tait, P.S.
21                                                  710 Second Avenue, Suite
                                                    710
22                                                  Seattle, WA  98104
                                                    (206) 676-9640
23
                                                    Of Attorneys for Defendants
24

25

CERTIFICATE OF SERVICE - 1