Hope A. Del Carlo, OSB No. 00241
OREGON LAW CENTER
921 SW Washington Street, Suite 516
hope_delcarlo@hotmail.com
Telephone: (503) 789-7372
Facsimile: (503) 253-3208

Mark E. Griffin, OSB No. 76152
R. Bradley Griffin, OSB No. 072390
GRIFFIN & MCCANDLISH
215 SW Washington St., Suite 202
Portland, OR 97204
mark@markgriffin.com
Telephone: (503) 224-2348
Facsimile: (503) 224-3634

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JUSTIN JAMES and NICOLE JAMES, | ) | No. 3:08-CV-397-BR |
| Plaintiffs, | ) | |
| v. | ) | |
| FREMONT REORGANIZING COMPANY, fka FREMONT INVESTMENT & LOAN COMPANY, a California corporation; BRIDGE CAPITAL CORPORATION, a California corporation; and HSBC BANK USA NA, a national banking association | ) ) ) ) | PLAINTIFFS' ANSWER TO DEFENDANT FREMONT REORGANIZING COMPANY'S COUNTERCLAIMS |
| Defendants | ) | |

## ANSWER TO COUNTERCLAIMS

COME NOW Plaintiffs Justin and Nicole James and for their answer to Defendant Fremont Reorganizing Company's Counterclaim allege:

1.

In response to paragraph 3.1, plaintiffs deny that the notes and trust deeds at issue in this case provide a basis for recovery of attorney fees by Fremont, and deny that Fremont has

Page 1 -   PLAINTIFFS' ANSWER TO DEFENDANT FREMONT REORGANIZING COMPANY'S COUNTERCLAIMS

GRIFFIN & MCCANDLISH
Waldo Block, Suite 202
215 SW Washington Street
Portland, Oregon 97204
Phone 503-224-2348 Fax 503-224-3634

1  any continuing rights or interest with respect to the plaintiffs' properties..

2.

Plaintiffs deny all allegations contained in paragraph 3.2

WHEREFORE, having fully answered Defendant Fremont's Counterclaims, Plaintiffs pray for relief:

1. That Defendant Fremont's Counterclaim be dismissed with prejudice;

2. That the Court grant such other and further relief as the court may deem just.

Dated: May 4, 2009.

By: */s/ R. Bradley Griffin*
Mark E. Griffin, OSB 76-152
R. Bradley Griffin, OSB 072390
GRIFFIN & MCCANDLISH
Waldo Block, Suite 202
215 SW Washington Street
Portland, Oregon 97204

Hope A. Del Carlo, OSB No. 00241
OREGON LAW CENTER
921 SW Washington St., Suite 516
Portland, OR 97205

Of Attorneys for Plaintiffs

Page 2 -   PLAINTIFFS' ANSWER TO DEFENDANT FREMONT REORGANIZING COMPANY'S COUNTERCLAIMS

GRIFFIN & MCCANDLISH
Waldo Block, Suite 202
215 SW Washington Street
Portland, Oregon 97204
Phone 503-224-2348 Fax 503-224-3634