Hope A. Del Carlo, OSB No. 00241
Oregon Law Center
921 SW Washington St., Suite 516
Portland, OR 97205
Telephone: 503/473-8319
Facsimile: 503/295-0676
hdelcarlo@oregonlawcenter.org

Mark E. Griffin, OSB No. 76152
R. Bradley Griffin, OSB No. 07239
Griffin & McCandlish
215 SW Washington St., Suite 202
Portland, OR  97202
mark@markgriffin.com
Telephone: (503) 224-2348
Facsimile:  (503) 224-3634

Attorneys for Plaintiffs Justin James and Nicole James

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JUSTIN JAMES and NICOLE JAMES; | Case No. 08-CV-0397-BR |
| Plaintiffs, | |
| v. | |
| FREMONT REORGANIZING COMPANY, fka FREMONT INVESTMENT & LOAN COMPANY, a California corporation; BRIDGE CAPITAL CORPORATION, a California corporation; HSBC BANK USA, NA, a national banking association, | PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT HSBC BANK USA, NA |
| Defendants. | |

L.R. 7.1 Certificate of Compliance

Pursuant to L.R. 7.1, plaintiffs' counsel certified that the corporate defendant HSBC Bank USA, NA, is in default.  Plaintiffs' counsel has attempted to contact an in-house attorney for

Page 1 -    PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT
            HSBC BANK USA, NA

HSBC Bank USA, NA, but has not yet reached her and does not know if HSBC Bank USA, NA is represented in this matter.  Defendant Fremont Reorganizing Company consents to the filing of this motion.

Motion:

Pursuant to FRCP 55, Plaintiffs move the Court for entry of an order of default against Defendant HSBC Bank USA, NA, it appearing from the records that Defendant was duly served with summons and complaint on April 10, 2009, and has failed to file an answer or make any other appearance in the referenced action within the time prescribed by law.

DATED this 2nd day of June, 2009.

Respectfully submitted,

OREGON LAW CENTER

By: */s/ Hope A. Del Carlo*
    Hope A. Del Carlo, OSB No. 00241
    921 SW Washington St., Suite 516
    Portland, OR 97205
    Telephone: 503/473-8319
    Facsimile: 503/295-0676
    hdelcarlo@oregonlawcenter.org

GRIFFIN AND McCANDLISH
    Mark E. Griffin, OSB No. 76152

    R. Bradley Griffin, OSB No. 07239
    Griffin & McCandlish
    215 SW Washington St, Suite 202
    Portland, OR 97202
    mark@markgriffin.com
    Telephone: (503) 224-2348
    Facsimile:  (503) 224-3634

    Of Attorneys for Plaintiffs

Page 2 -    PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT
            HSBC BANK USA, NA