Hope A. Del Carlo, OSB No. 00241
Oregon Law Center
921 SW Washington St., Suite 516
Portland, OR 97205
Telephone: 503/473-8319
Facsimile: 503/295-0676
hdelcarlo@oregonlawcenter.org

Mark E. Griffin, OSB No. 76152
R. Bradley Griffin, OSB No. 07239
Griffin & McCandlish
215 SW Washington St., Suite 202
Portland, OR 97202
mark@markgriffin.com
Telephone: (503) 224-2348
Facsimile: (503) 224-3634

Attorneys for Plaintiffs Justin James and Nicole James

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JUSTIN JAMES and NICOLE JAMES; | Case No. CV-08-0397-BR |
| Plaintiffs, | |
| v. | |
| FREMONT REORGANIZING COMPANY, fka FREMONT INVESTMENT & LOAN COMPANY, a California corporation; BRIDGE CAPITAL CORPORATION, a California corporation; HSBC BANK USA, NA, a national banking association, | PARTIES' JOINT STATUS REPORT |
| Defendants. | |

At the request of the Court, the parties submit the following status report for the Court's use in setting new case management deadlines. Discovery in this case is nearly complete, with the exception of expert discovery. The parties have completed documentary discovery and conducted the deposition of Fremont Investment & Loan's corporate representative.

Page 1 -    PARTIES' JOINT STATUS REPORT

Plaintiffs understand from documents obtained in the case, and from the testimony of Fremont's representative, that HSBC Bank USA, NA, as Trustee for the Pooling and Servicing Agreement Dated as of November 1, 2006, is the current holder of the loans at issue in the action. HSBC has been joined as a defendant to the case and served with the summons and complaint, but it has not yet appeared. Plaintiffs have moved the court for entry of default against HSBC, and will move for a default judgment against that defendant.

In light of the non-appearance of HSBC, the parties request that the Court issue a new case management order setting the close of discovery for 90 days after the date of filing of this report. Any motions to compel or motions to amend pleadings (or amended pleadings to which the other side consents) shall be filed within 75 days of the filing of this report. Responses to motions to compel shall be filed within 10 days after the deadline for filing motions to compel. The parties will file any dispositive motions and the Joint Alternate Dispute Resolution Report within 120 days after the date of filing of this report. The parties agree to setting a trial date 60 days after the close of discovery, or 60 days after the Court's ruling on any dispositive motions, whichever is later.

DATED this 2nd day of June, 2009.

Respectfully submitted,

OREGON LAW CENTER

By: _____
Hope A. Del Carlo, OSB No. 00241
921 SW Washington St., Suite 516
Portland, OR 97205
Telephone: 503/473-8319
Facsimile: 503/295-0676
hdelcarlo@oregonlawcenter.org

GRIFFIN AND McCANDLISH
Mark E. Griffin, OSB No. 76152
R. Bradley Griffin, OSB No. 07239
Griffin & McCandlish
215 SW Washington St, Suite 202

Page 2 -    PARTIES' JOINT STATUS REPORT

Portland, OR 97202
mark@markgriffin.com
Telephone: (503) 224-2348
Facsimile:  (503) 224-3634

Of Attorneys for Plaintiffs

ROBINSON TAIT, P.S.

By: /s/ Lisa McMahon-Myhran
Lisa McMahon-Myhran, OSB 00084
710 Second Avenue, Suite 710
Seattle, WA 98104
206-654-5529
206-676-9659
lmcmahon@robinsontait.com

Of Attorneys for Defendant Fremont
Reorganizing Company

Page 3 -    PARTIES' JOINT STATUS REPORT