Hope A. Del Carlo, OSB No. 00241
Oregon Law Center
921 SW Washington St., Suite 516
Portland, OR 97205
Telephone: 503/473-8319
Facsimile: 503/295-0676
hdelcarlo@oregonlawcenter.org

Mark E. Griffin, OSB No. 76152
R. Bradley Griffin, OSB No. 07239
Griffin & McCandlish
215 SW Washington St., Suite 202
Portland, OR  97202
mark@markgriffin.com
Telephone: (503) 224-2348
Facsimile:  (503) 224-3634

Attorneys for Plaintiffs Justin James and Nicole James

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JUSTIN JAMES and NICOLE JAMES;<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FREMONT REORGANIZING COMPANY, fka FREMONT INVESTMENT & LOAN COMPANY, a California corporation; BRIDGE CAPITAL CORPORATION, a California corporation; HSBC BANK USA, NA, a national banking association,<br><br>　　　　　Defendants. | Case No. CV-08-0397-BR<br><br>DECLARATION OF HOPE DEL CARLO IN SUPPORT OF PLAINTIFFS' MOTION TO SET ASIDE DEFAULT ENTERED AGAINST DEFENDANT HSBC BANK USA, NA |

I, Hope A. Del Carlo, hereby declare as follows:

　　1. I am one of the attorneys for the plaintiffs in this case.  I have personal knowledge of

Page 1 -    DECLARATION OF HOPE DEL CARLO IN SUPPORT OF PLAINTIFFS'
　　　　　　MOTION TO SET ASIDE DEFAULT ENTERED AGAINST DEFENDANT
　　　　　　HSBC BANK USA, NA

the facts set forth in this Declaration.

2. On June 2, 2009, plaintiffs moved the Court for entry of an order of default against defendant HSBC Bank USA, NA, as the defendant had been served locally with summons and complaint, and more than 20 days had elapsed without its appearance in this case. The Court granted the motion and entered default on June 8, 2009.

3. Prior to plaintiffs' motion for entry of default, plaintiffs' counsel was involved with ongoing negotiations with Lance Olsen, the attorney for Litton Loan Servicing, Inc., a loan servicing company that manages plaintiffs' loans that are the subject of this action. Counsel discussed the ongoing litigation, but to the best of my recollection, I was not directly informed that Mr. Olsen would represent HSBC Bank USA, NA, in this case. Thus, I did not consult with him about the plaintiffs' motion for entry of default.

4. On June 10, 2009, Mr. Olsen informed me by email that he represented HSBC Bank USA, NA, and objected to the entry of default. He requested that plaintiffs file a motion to vacate the default, which prompted the filing of the motion to set aside that this Declaration supports. Plaintiffs have no objection to the Court setting aside the entry of default, and request that the Court do so as soon as is practicable.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

_____ DATED this 17th day of July, 2009.

Respectfully submitted,

OREGON LAW CENTER

Page 2 -     DECLARATION OF HOPE DEL CARLO IN SUPPORT OF PLAINTIFFS'
             MOTION TO SET ASIDE DEFAULT ENTERED AGAINST DEFENDANT
             HSBC BANK USA, NA

        By:*/s/ Hope A. Del Carlo*
        Hope A. Del Carlo, OSB No. 00241
        921 SW Washington St., Suite 516
        Portland, OR 97205
        Telephone: 503/473-8319
        Facsimile: 503/295-0676
        hdelcarlo@oregonlawcenter.org

GRIFFIN AND McCANDLISH
    Mark E. Griffin, OSB No. 76152
    R. Bradley Griffin, OSB No. 07239
    Griffin & McCandlish
    215 SW Washington St, Suite 202
    Portland, OR 97202
    mark@markgriffin.com
    Telephone: (503) 224-2348
    Facsimile:  (503) 224-3634

Of Attorneys for Plaintiffs

Page 3 -   DECLARATION OF HOPE DEL CARLO IN SUPPORT OF PLAINTIFFS' MOTION TO SET ASIDE DEFAULT ENTERED AGAINST DEFENDANT HSBC BANK USA, NA