Lisa McMahon-Myhran, OSB 00084
Robinson Tait, PS
710 Second Avenue, Suite 710
Seattle, WA 98104
206-676-9640

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JUSTIN JAMES AND NICOLE JAMES;,<br>Plaintiff,<br>vs.<br>FREMONT REORGAINZING COMPANY,<br>fka FREMONT INVESTMENT AND LOAN COMPANY, a California corporation; BRIDGE CAPITAL CORPORATION, a California corporation; HSBC BANK USA, NA, a national banking association,<br>Defendant | Case No.: CV-08-0397-BR<br><br>DECLARATION OF LISA MCMAHON-MYHRAN IN SUPPORT OF DEFENDANT FREMONT REORGAINZING COMPANY'S MOTION TO EXTEND DISCOVERY AND OTHER RELATED DEADLINES |

I Lisa McMahon-Myhran, declare:

1. I am one of the attorneys for defendant Fremont Reorganizing Company in this case. I have personal knowledge of the facts set forth in this declaration.

2. Fremont has moved the Court for an order extending all case management and discovery deadlines, including the deadline for dispositive motions by 90 days.

3. The parties have attempted to minimize costs and conduct very limited discovery while attempting settlement negotiations but settlement does not seem possible at this point and more extensive discovery is needed.

4. This motion has been filed to allow Fremont time to complete discovery and then proceed with its motion for summary judgment.

DECLARATION OF LISA MCMAHON-MYHRAN - 1

Robinson Tait, PS
710 Second Avenue, Suite 710
Seattle, WA 98104
206-676-9640

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in Court and is subject to penalty for perjury.

Dated this 28th day of September, 2009

/s/ Lisa McMahon-Myhran
Lisa McMahon-Myhran, OSB 00084

DECLARATION OF LISA MCMAHON-MYHRAN - 2

Robinson Tait, PS
710 Second Avenue, Suite 710
Seattle, WA 98104
206-676-9640