David S. Aman, OSB No. 962106
  Direct Dial:  503.802.2053
  Fax:  503.972.3753
  E-Mail:  david.aman@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

    Attorneys for Defendant Fremont Reorganizing Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **JUSTIN JAMES** and **NICOLE JAMES,** | |
| Plaintiffs, | |
| v. | Civil No. CV-08-0397-BR |
| **FREMONT REORGANIZING COMPANY,** fka **FREMONT INVESTMENT & LOAN COMPANY,** a California corporation**; BRIDGE CAPITAL CORPORATION,** a California corporation**; HSBC BANK USA NA,** a national banking association**,** | **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| Defendants. | |

PAGE 1 -   NOTICE OF SUBSTITUTION

Notice is hereby given that David S. Aman and the firm Tonkon Torp LLP hereby appear and substitute in place of Lisa M. McMahon-Myhran and the firm of Robinson Tait, P.S. as counsel for Fremont Reorganizing Company, fka Fremont Investment & Loan Company. I understand that Ms. McMahon-Myhran will be filing a notice of withdrawal shortly.

DATED this October 8, 2009.

TONKON TORP LLP

By: */s/ David S. Aman*
David S. Aman, OSB No. 962106
 Direct Dial:  503.802.2053
 Fax:          503.972.3753
 E-Mail:       david.aman@tonkon.com
Attorneys for Defendant Fremont Reorganizing Company

097204/00001/1783671v1

PAGE 2 -   NOTICE OF SUBSTITUTION