Hope A. Del Carlo, OSB No. 00241
Oregon Law Center
921 SW Washington, Suite 516
Portland, OR 97205
hdelcarlo@oregonlawcenter.org
Telephone: (503) 473-8319
Facsimile: (503) 295-0676

Mark E. Griffin, OSB No. 76152
R. Bradley Griffin, OSB No. 07239
Griffin & McCandlish
215 SW Washington St., Suite 202
Portland, OR 97202
mark@markgriffin.com
Telephone: (503) 224-2348
Facsimile: (503) 224-3634

Attorneys for Plaintiffs Justin James and Nicole James

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JUSTIN JAMES and NICOLE JAMES;<br><br>  Plaintiffs,<br><br>  v.<br><br>FREMONT REORGANIZING COMPANY, fka FREMONT INVESTMENT & LOAN COMPANY, a California corporation; BRIDGE CAPITAL CORPORATION, a California corporation; HSBC BANK USA, NA, a national banking association,<br><br>  Defendants | Case No. CV-08-0397-BR<br><br>PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT FREMONT REORGANIZING COMPANY, fka FREMONT INVESTMENT & LOAN COMPANY<br><br>Oral Argument Requested |

<u>L.R. 7.1 Certificate of Compliance:</u>

Pursuant to L.R. 7.1, plaintiffs' attorney certifies that she has conferred via email and

Page 1 - PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT
FREMONT REORGANIZING COMPANY, fka FREMONT INVESTMENT & LOAN
COMPANY

1  attempted to confer by telephone with counsel for defendant Fremont Reorganizing Corporation,

2  fka Fremont Investment & Loan, about this Motion to Compel Discovery.  The parties have been

3  unable to resolve this discovery dispute informally.

4  <u>Motion:</u>

5  Pursuant to Fed. R. Civ. P. 37(a)(2) and (3), plaintiffs move the court for an order

6  compelling defendant Fremont Reorganizing Corporation, fka Fremont Investment & Loan, to

7  produce documents responsive to requests numbered 22, 23, and 24 in Plaintiffs' First Request

8  for Production, specifically, requests numbered 22, 23 and 24.  Plaintiffs ask that the Court order

9  that documents be produced before the end of the current discovery deadline of December 21,

10 2009.

11 In support of their motion plaintiffs offer the simultaneously-filed memorandum of law

12 and the declaration of Hope Del Carlo.  Plaintiffs request that oral argument be heard on this

13 motion.

14 DATED this 30th day of November, 2009.

15

16 OREGON LAW CENTER

17 _*Hope A. Del Carlo*_
Hope A. Del Carlo, OSB No. 00241
18 921 SW Washington St., Suite 516
Portland, OR  97205
19 Telephone:  (503) 473-8319
Facsimile:   (503) 295-0676
20 hdelcarlo@oregonlawcenter.org

21

22 GRIFFIN AND McCANDLISH
Mark E. Griffin, OSB No. 76152
23 R. Bradley Griffin, OSB No. 07239
Griffin & McCandlish
24 215 SW Washington St, Suite 202
Portland, OR 97202

25 Page 2 - PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT
26 FREMONT REORGANIZING COMPANY, fka FREMONT INVESTMENT & LOAN
COMPANY

OREGON LAW CENTER
921 SW Washington Street, Suite 516
Portland, Oregon 97205
Tel: 503/473-8319  Fax: 503/295-0676

1
2
3

mark@markgriffin.com
brad@griffinmccandlish.com

Telephone: (503) 224-2348
Facsimile:   (503) 224-3634

4   Of Attorneys for Plaintiffs

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Page 3 - PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT FREMONT REORGANIZING COMPANY, fka FREMONT INVESTMENT & LOAN COMPANY

O R E G O N  L A W  C E N T E R
921 SW Washington Street, Suite 516
Portland, Oregon 97205
Tel: 503/473-8319  Fax: 503/295-0676