1  Hope A. Del Carlo, OSB No. 00241
   Oregon Law Center
2  921 SW Washington, Suite 516
   Portland, OR  97205
3  hdelcarlo@oregonlawcenter.org
   Telephone:  (503) 473-8319
4  Facsimile:   (503) 295-0676

5  Mark E. Griffin, OSB No. 76152
   R. Bradley Griffin, OSB No. 07239
6  Griffin & McCandlish
   215 SW Washington St., Suite 202
7  Portland, OR  97202
   mark@markgriffin.com
8  Telephone: (503) 224-2348
   Facsimile:   (503) 224-3634
9
   Attorneys for Plaintiffs Justin James and Nicole James
10

11
                IN THE UNITED STATES DISTRICT COURT
12
                      FOR THE DISTRICT OF OREGON
13

14  JUSTIN JAMES and NICOLE JAMES;        )   Case No. CV-08-0397-BR
                                          )
15          Plaintiffs,                   )
                                          )
16      v.                                )
                                          )
17  FREMONT REORGANIZING               )   DECLARATION OF HOPE DEL
    COMPANY, fka FREMONT               )   CARLO IN SUPPORT OF
18  INVESTMENT & LOAN COMPANY,         )   PLAINTIFFS' MOTION TO COMPEL
    a California corporation; BRIDGE      )   DISCOVERY FROM DEFENDANT
19  CAPITAL CORPORATION, a             )   FREMONT REORGANIZING
    California corporation; HSBC BANK     )   COMPANY, fka FREMONT
20  USA, NA, a national banking           )   INVESTMENT & LOAN COMPANY
    association,                          )
21                                        )
                                          )
22          Defendants                    )
                                          )
23
            I, Hope Del Carlo, declare as follows:
24
            1. I am one of the attorneys for the plaintiffs in this action.  I make this Declaration in
25
    Page 1 - DECLARATION OF HOPE DEL CARLO IN SUPPORT OF PLAINTIFFS' MOTION
26  TO COMPEL DISCOVERY FROM DEFENDANT FREMONT REORGANIZING
    COMPANY, fka FREMONT INVESTMENT & LOAN COMPANY          O R E G O N  L A W  C E N T E R
                                                                  921 SW Washington Street, Suite 516
                                                                         Portland, Oregon 97205
                                                                  Tel: 503/473-8319  Fax: 503/295-0676

1  support of plaintiffs' Motion to Compel.

2      2. In November 2008, plaintiffs served defendant Fremont Reorganizing Company
3  ("Fremont") with Plaintiff's First Request for Production of Documents, which contained among
4  other requests the following three items:

5      Request 22. All financial statements, public filings, or other documents which
6      evidence Fremont Investment & Loan's or its successor's ability to pay any amount
7      awarded to the plaintiffs in this case.

9      Request 23. All records in your possession that relate to any public complaints
10     about consumer mortgage lending practices filed against any of the defendants in
11     this case.

13     Request 24. All records in your possession of any legal claims filed against
14     Fremont Investment & Loan by consumer borrowers, whether denominated as
15     affirmative lawsuits, counterclaims, or adversary proceedings in bankruptcy.

16     3. Defendant initially objected to the production of these documents. Defendant retained
17 new counsel a few weeks ago, and we reopened discussions about discovery in which we
18 revisited the prior objections Fremont had made to Requests 22, 23, and 24.

19     4. The claims against Fremont include a fraud claim for which the plaintiffs have alleged
20 entitlement to punitive damages. Despite continued discussions, Fremont continues to object to
21 production of documents responsive to the requests, though the documents sought are relevant to
22 assessing punitive damages.

23 ///

24 ///

25
26 Page 2 - DECLARATION OF HOPE DEL CARLO IN SUPPORT OF PLAINTIFFS' MOTION
TO COMPEL DISCOVERY FROM DEFENDANT FREMONT REORGANIZING
COMPANY, fka FREMONT INVESTMENT & LOAN COMPANY

OREGON LAW CENTER
921 SW Washington Street, Suite 516
Portland, Oregon 97205
Tel: 503/473-8319  Fax: 503/295-0676

1   I declare under penalty of perjury that the foregoing is true and correct.

2                                          DATED this 30th day of November, 2009.

3
                                           OREGON LAW CENTER
4

5   _____  *Hope A. Del Carlo*
                                           Hope A. Del Carlo, OSB No. 00241
6                                          921 SW Washington St., Suite 516
                                           Portland, OR  97205
7                                          Telephone:  (503) 473-8319
                                           Facsimile:   (503) 295-0676
8                                          hdelcarlo@oregonlawcenter.org

9

10                                         GRIFFIN AND McCANDLISH
                                           Mark E. Griffin, OSB No. 76152
11                                         R. Bradley Griffin, OSB No. 07239
                                           Griffin & McCandlish
12                                         215 SW Washington St, Suite 202
                                           Portland, OR 97202
13                                         mark@markgriffin.com
                                           brad@griffinmccandlish.com
14
                                           Telephone: (503) 224-2348
15                                         Facsimile:   (503) 224-3634

16                                         Of Attorneys for Plaintiffs

17

18

19

20

21

22

23

24

25
Page 3 - DECLARATION OF HOPE DEL CARLO IN SUPPORT OF PLAINTIFFS' MOTION
26  TO COMPEL DISCOVERY FROM DEFENDANT FREMONT REORGANIZING
    COMPANY, fka FREMONT INVESTMENT & LOAN COMPANY