1    Hope A. Del Carlo, OSB No. 00241
     Oregon Law Center
2    921 SW Washington, Suite 516
     Portland, OR 97205
3    hdelcarlo@oregonlawcenter.org
     Telephone: (503) 473-8319
4    Facsimile:   (503) 295-0676

5    Mark E. Griffin, OSB No. 76152
     R. Bradley Griffin, OSB No. 07239
6    Griffin & McCandlish
     215 SW Washington St., Suite 202
7    Portland, OR 97202
     mark@markgriffin.com
8    Telephone: (503) 224-2348
     Facsimile:   (503) 224-3634
9
     Attorneys for Plaintiffs Justin James and Nicole James
10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                       FOR THE DISTRICT OF OREGON
13

14   JUSTIN JAMES and NICOLE JAMES;      )      Case No. CV-08-0397-BR
                                         )
15            Plaintiffs,                )
                                         )
16       v.                              )
                                         )
17   FREMONT REORGANIZING                )      MEMORANDUM OF LAW IN
     COMPANY, fka FREMONT                )      SUPPORT OF PLAINTIFFS'
18   INVESTMENT & LOAN COMPANY,          )      MOTION TO COMPEL DISCOVERY
     a California corporation; BRIDGE    )      FROM DEFENDANT FREMONT
19   CAPITAL CORPORATION, a              )      REORGANIZING COMPANY, fka
     California corporation; HSBC BANK   )      FREMONT INVESTMENT & LOAN
20   USA, NA, a national banking         )      COMPANY
     association,                        )
21                                       )
                                         )
22            Defendants                 )
                                         )
23                                 Introduction:
24
              This case involves fraud and similar claims arising out of two refinanced mortgages, filed
25
     Page 1 - MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL
26   DISCOVERY FROM DEFENDANT FREMONT REORGANIZING COMPANY, fka
     FREMONT INVESTMENT & LOAN COMPANY

1  by a consumer against the lender defendant Fremont Reorganizing Company, fka Fremont

2  Investment & Loan ("Fremont"), and others.

3       Plaintiffs' Amended Complaint alleges that they are entitled to punitive damages as one

4  aspect of fraud damages, due to the reprehensibility of the conduct engaged in by Fremont.  In

5  order to develop the evidence necessary to support an award of punitive damages, plaintiffs have

6  requested information on Fremont's financial state, as well as disclosure of other lawsuits filed

7  against Fremont by consumer borrowers.  Fremont has objected and declined to produce this

8  information.

9       The substantive aspects of state law claims, such as fraud, are governed by state law.

10 Snead v. Metropolitan Property & Cas. Ins. Co., 237 F.3d 1080, 1090 (9th Cir. 2001). In Oregon,

11 punitive damages are governed by ORS 31.725.  Subsection (6) of the punitive damages statute

12 states that "[d]iscovery of evidence of a defendant's ability to pay shall not be allowed by a court

13 unless and until the court grants a motion to amend a pleading under this section."  As the federal

14 procedural rules allow plaintiffs to plead claims for punitive damages in their initial complaint,

15 the hurdle of filing a motion to amend to add punitive damages does not apply in the US District

16 Courts.  Nonetheless, by inference ORS 31.725(6) makes it clear that a defendant's ability to pay

17 is a relevant and appropriate topic for discovery once punitive damages are at issue in the

18 pleadings.  The Court should order Fremont to produce the documents requested, including ,

19 "financial statements, public filings, or other documents which evidence Fremont Investment &

20 Loan's or its successor's ability to pay any amount awarded to the plaintiffs in this case."

21 Declaration of Hope Del Carlo, ¶ 2.

22 _____Similarly, the defendants have objected and refused to produce documents that relate to

23 similar lawsuits and enforcement actions filed by or on behalf of consumer borrowers.  This

24 information is clearly relevant to assessing  whether the defendant's conduct is widespread and

25

26 Page 2 - MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL
   DISCOVERY FROM DEFENDANT FREMONT REORGANIZING COMPANY, fka
   FREMONT INVESTMENT & LOAN COMPANY

OREGON LAW CENTER
921 SW Washington Street, Suite 516
Portland, Oregon 97205
Tel: 503/473-8319  Fax: 503/295-0676

1   represents a pattern of illegal activity, and thus the degree of reprehensibility that its actions

2   exhibit.  State Farm Mut. Automobile Ins. Co. v. Campbell, 538 US 408, 123 S Ct 1513, 155 L

3   Ed 2d 585 (2003).  Among other factors, courts examining punitive damages must gauge the

4   fairness of punitive damages awards by examining whether "the conduct involved repeated

5   actions or was an isolated incident; and the harm was the result of intentional malice, trickery, or

6   deceit, or mere accident." Id. at 419.  Without the records plaintiffs have requested they have no

7   means of compiling this evidence and presenting it at trial.  Plaintiffs have made discovery

8   requests for records of "public complaints [such as those made to state attorneys general and

9   other regulators]," and "legal claims filed against Fremont Investment & Loan by consumer

10  borrowers, whether denominated as affirmative lawsuits, counterclaims, or adversary

11  proceedings in bankruptcy."  Both of these requests are narrowly aimed at eliciting the type of

12  information contemplated in State Farm and similar opinions reviewing awards of punitive

13  damages.

14          In conclusion, plaintiffs request that the Court order Fremont to produce financial

15  information and records of other consumer lawsuits and complaints to government entities, as

16  both sets of information are relevant and necessary to establishing their punitive damages claims

17  against Fremont.

18                              DATED this 30th day of November, 2009.

19                              OREGON LAW CENTER

20

21  _____     _____
                                *Hope A. Del Carlo*
22                              Hope A. Del Carlo, OSB No. 00241
                                921 SW Washington St., Suite 516
                                Portland, OR  97205
23                              Telephone:  (503) 473-8319
                                Facsimile:   (503) 295-0676
24                              hdelcarlo@oregonlawcenter.org

25
    Page 3 - MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL
26  DISCOVERY FROM DEFENDANT FREMONT REORGANIZING COMPANY, fka
    FREMONT INVESTMENT & LOAN COMPANY

1

2    GRIFFIN AND McCANDLISH
     Mark E. Griffin, OSB No. 76152
     R. Bradley Griffin, OSB No. 07239
3    Griffin & McCandlish
     215 SW Washington St, Suite 202
4    Portland, OR 97202
     mark@markgriffin.com
5    brad@griffinmccandlish.com

6    Telephone: (503) 224-2348
     Facsimile:   (503) 224-3634
7
     Of Attorneys for Plaintiffs
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
     Page 4 - MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL
26   DISCOVERY FROM DEFENDANT FREMONT REORGANIZING COMPANY, fka
     FREMONT INVESTMENT & LOAN COMPANY