1  Hope A. Del Carlo, OSB No. 00241
   Oregon Law Center
2  921 SW Washington, Suite 516
   Portland, OR  97205
3  hdelcarlo@oregonlawcenter.org
   Telephone:  (503) 473-8319
4  Facsimile:   (503) 295-0676

5  Mark E. Griffin, OSB No. 76152
   R. Bradley Griffin, OSB No. 07239
6  Griffin & McCandlish
   215 SW Washington St., Suite 202
7  Portland, OR  97202
   mark@markgriffin.com
8  Telephone: (503) 224-2348
   Facsimile:   (503) 224-3634
9
   Attorneys for Plaintiffs Justin James and Nicole James
10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                          FOR THE DISTRICT OF OREGON
13

| | | |
|---|---|---|
| 14  JUSTIN JAMES and NICOLE JAMES; | ) | Case No. CV-08-0397-BR |
| | ) | |
| 15        Plaintiffs, | ) | |
| | ) | |
| 16   v. | ) | |
| | ) | |
| 17  FREMONT REORGANIZING | ) | PLAINTIFFS' MOTION FOR ORDER |
|      COMPANY, fka FREMONT | ) | DIRECTING SERVICE OF |
| 18  INVESTMENT & LOAN COMPANY, | ) | SUBPOENA BY U.S. MARSHALS |
|      a California corporation; BRIDGE | ) | SERVICE |
| 19  CAPITAL CORPORATION, a | ) | |
|      California corporation; HSBC BANK | ) | |
| 20  USA, NA, a national banking | ) | |
|      association, | ) | |
| 21 | ) | |
| | ) | |
| 22        Defendants | ) | |
| | ) | |

23
                       L.R. 7.1 Certificate of Compliance:
24
          Pursuant to L.R. 7.1, plaintiffs' counsel certifies that she has conferred with counsel for
25

26  Page 1 - PLAINTIFFS' MOTION FOR ORDER DIRECTING SERVICE OF SUBPOENA BY
    U.S. MARSHALS SERVICE

the defendants about this Motion for Order Directing Service of Subpoena by U.S. Marshals Service. Counsel for Fremont Reorganizing Corporation and HSBC have consented to the filing of this motion. No attempt has been made to confer with an attorney for defaulted defendant Bridge Capital.

<u>Motion:</u>

Plaintiffs move the Court for an order directing the US Marshals Service to serve a deposition subpoena upon Charles Albert Pereida, a critical third-party witness in this case. Although FRCP 45 does not specifically create a process for requesting marshal service of a subpoena, FRCP 4(c)(3) allows for service of a summons and complaint by the marshal by court order, upon the plaintiff's request. This motion is supported by the Declaration of Hope Del Carlo, filed with this motion.

DATED this 14th day of January, 2010.

OREGON LAW CENTER

*/s/ Hope A. Del Carlo*
Hope A. Del Carlo, OSB No. 00241
921 SW Washington St., Suite 516
Portland, OR 97205
Telephone: (503) 473-8319
Facsimile: (503) 295-0676
hdelcarlo@oregonlawcenter.org

GRIFFIN AND McCANDLISH

Mark E. Griffin, OSB No. 76152
R. Bradley Griffin, OSB No. 07239
Griffin & McCandlish
215 SW Washington St, Suite 202
Portland, OR 97202
mark@markgriffin.com
brad@griffinmccandlish.com
Telephone: (503) 224-2348
Facsimile: (503) 224-3634

Of Attorneys for Plaintiffs