1  Hope A. Del Carlo, OSB No. 00241
   Oregon Law Center
2  921 SW Washington, Suite 516
   Portland, OR  97205
3  hdelcarlo@oregonlawcenter.org
   Telephone:  (503) 473-8319
4  Facsimile:   (503) 295-0676

5  Mark E. Griffin, OSB No. 76152
   R. Bradley Griffin, OSB No. 07239
6  Griffin & McCandlish
   215 SW Washington St., Suite 202
7  Portland, OR  97202
   mark@markgriffin.com
8  Telephone: (503) 224-2348
   Facsimile:   (503) 224-3634
9
   Attorneys for Plaintiffs Justin James and Nicole James
10

11
                     IN THE UNITED STATES DISTRICT COURT
12
                            FOR THE DISTRICT OF OREGON
13

14  JUSTIN JAMES and NICOLE JAMES;    )   Case No. CV-08-0397-BR
                                       )
15          Plaintiffs,                )
                                       )
16      v.                             )
                                       )
17  FREMONT REORGANIZING               )   PLAINTIFFS' ANSWER TO
    COMPANY, fka FREMONT               )   DEFENDANT FREMONT
18  INVESTMENT & LOAN COMPANY,         )   REORGANIZING COMPANY'S
    a California corporation; BRIDGE   )   COUNTERCLAIM
19  CAPITAL CORPORATION, a             )
    California corporation; HSBC BANK  )
20  USA, NA, a national banking        )
    association,                       )
21                                     )
                                       )
22          Defendants                 )
                                       )
23
          Plaintiffs hereby answer the counterclaim pled by defendant Fremont Reorganizing
24
    Company as follows:
25

26  Page 1 - PLAINTIFFS' ANSWER TO DEFENDANT FREMONT REORGANIZING
    COMPANY'S COUNTERCLAIM
                                                          OREGON LAW CENTER
                                                       921 SW Washington Street, Suite 516
                                                             Portland, Oregon 97205
                                                     Tel: 503/473-8319  Fax: 503/295-0676

1.

In answer to paragraph 73, plaintiffs deny that the notes and/or trust deeds provide for reimbursement of attorneys fees and costs incurred in defending Fremont's rights in the properties at issue, and allege that Fremont has no rights in the notes, trust deeds, or properties at issue.

2.

In answer to paragraph 74, plaintiffs deny that Fremont is entitled to recover its attorneys fees and costs incurred in defense of this case.

AFFIRMATIVE DEFENSES:

3.

<u>First Affirmative Defense–Failure to State a Claim</u>

Defendant has failed to state a claim upon which relief can be granted.

4.

<u>Second Affirmative Defense–Real Party in Interest</u>

Defendant is not the real party in interest with standing to enforce the notes and trust deeds at issue in this case.

DATED this 3rd day of February, 2010.

OREGON LAW CENTER

*/s/ Hope A. Del Carlo*
Hope A. Del Carlo, OSB No. 00241
921 SW Washington St., Suite 516
Portland, OR 97205
Telephone: (503) 473-8319
Facsimile: (503) 295-0676
hdelcarlo@oregonlawcenter.org

Page 2 - PLAINTIFFS' ANSWER TO DEFENDANT FREMONT REORGANIZING COMPANY'S COUNTERCLAIM

1  GRIFFIN AND McCANDLISH

2  Mark E. Griffin, OSB No. 76152
   R. Bradley Griffin, OSB No. 07239
3  Griffin & McCandlish
   215 SW Washington St, Suite 202
4  Portland, OR 97202
   mark@markgriffin.com
5  brad@griffinmccandlish.com
   Telephone: (503) 224-2348
6  Facsimile:  (503) 224-3634

7  Of Attorneys for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 Page 3 - PLAINTIFFS' ANSWER TO DEFENDANT FREMONT REORGANIZING
   COMPANY'S COUNTERCLAIM