John M. Thomas, OSB #024691
  E-Mail: jthomas@rcolegal.com
Routh Crabtree Olsen, P.C.
11830 SW Kerr Parkway, Suite 385
Lake Oswego, OR 97035
Phone (503) 517-7180
Fax (425) 457-7369

   Attorneys for Defendant HSBC Bank USA, NA

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| JUSTIN JAMES AND NICOLE JAMES;<br><br>              Plaintiffs<br>   v.<br><br>FREMONT REORGANIZING COMPANY, FKA FREMONT INVESTMENT & LOAN COMPANY; BRIDGE CAPITAL CORPORATION; HSBC BANK USA, NA;<br><br>              Defendants. | Case No. 3:08-CV-397-BR<br><br>DEFENDANT HSBC BANK USA, NA's FIRST UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTION & OTHER CASE MANAGEMENT DEADLINES |

## I.  LR 7.1 CERTIFICATION

Pursuant to L.R. 7.1(a)(1)(A), HSBC's counsel has conferred with counsel for Plaintiffs and Co-Defendants, and they consent to this motion.

## II.  MOTION

Pursuant to FRCP 6(b), defendant HSBC respectfully moves the Court for a 30-day extension of the remaining case management deadlines established by the Court, including the dispositive motion deadline (currently, April 5, 2010).

The reasons for this motion are as follows: (1) Defendants need additional time to finalize affidavits of witnesses, due to vacation and travel schedules; (2) the parties are

attempting to limit the issues for summary judgment, and need additional time to confer; and,

(3) the parties are discussing settlement. *See* Decl. of Thomas.

Accordingly, the following new case management deadlines are requested:

| | |
|---|---|
| Joint Alternate Dispute Resolution Report: | 5/5/2010 |
| Dispositive Motions: | 5/5/2010 |
| Dispositive Motion Responses: | 5/26/2010 |
| Dispositive Motion Replies: | 6/10/2010 |

This Motion is brought in good faith and not for purposes of delay.

DATED this 2nd day of April, 2010.

                 **ROUTH CRABTREE OLSEN, P.C.**

                 By /s/ John M. Thomas
                 John M. Thomas, OSB #024691
                 Attorneys for HSBC
                 11830 SW Kerr Parkway, Suite 385
                 Lake Oswego, OR 97035
                 (503) 517-7180; Fax (425) 457-7369
                 jthomas@rcolegal.com

CERTIFICATE OF SERVICE

I hereby certify that I served the forgoing DEFENDANT HSBC BANK USA, NA's FIRST UNOPPOSED MOTION TO EXTEND DISPOSITIVE MOTION & OTHER CASE MANAGEMENT DEADLINES and DECLARATION OF JOHN THOMAS to the following parties on April 2nd, 2010 via CM/ECF:

    Hope A. Del Carlo
    Oregon Law Center
    921 SW Washington St., Suite 516
    Portland, OR 97205
    hdelcarlo@oregonlawcenter.org
        Of Attorneys for Plaintiffs

    Mark E. Griffin
    R. Bradley Griffin
    Griffin & McCandlish
    215 SW Washington St., #202
    Portland, OR 97204
    mark@markgriffin.com
    brad@griffinmccandlish.com
        Of Attorneys for Plaintiffs

    David S. Aman
    Tonkon Torp LLP
    888 SW Fifth Avenue, Suite 1600
    Portland, OR 97204
    david.aman@tonkon.com
        Of Attorneys for Defendant Fremont Reorganizing Corporation

DATED this 2nd day of April, 2010.

                                                By /s/ John M. Thomas
                                                   John M. Thomas, OSB #024691
                                                   Routh Crabtree Olsen, P.C.
                                                   Of Attorneys for HSBC
                                                   11830 SW Kerr Parkway, Suite 385
                                                   Lake Oswego, OR 97035
                                                   (503) 517-7180; Fax (425) 457-7369
                                                   jthomas@rcolegal.com